UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEF I, LP,<br><br>                              Plaintiff,<br><br>         - against -<br><br>SHIFTPIXY, INC.<br><br>                              Defendant. | Civil Action No.:<br><br>19-cv-8019-KPF<br><br>ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND THE APPOINTMENT OF A TEMPORARY RECEIVER |

Upon the Declaration of Joshua Sason, dated September 3, 2019, the Complaint filed herein and accompanying Memorandum of Law, it is

ORDERED, that defendant ShiftPixy, Inc. show cause before the Hon. _____, United States District Judge, in Room \_\_\_\_\_ of the United States Courthouse located at _____, in the City and State of New York on _____, 2019, at _____ o'clock in the _____ -noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued: (a) pursuant to Fed. R. Civ. Proc. 65, enjoining defendant ShiftPixy, Inc. from using, selling, transferring or disposing of any of the Collateral, or any part thereof, as defined in that certain written Security Agreement dated June 4, 2018, executed and delivered by defendant to plaintiff; and (b) pursuant to Fed. R. Civ. Proc. 66, appointing plaintiff as receiver to exercise all of the remedies and rights conferred upon it by written agreement between the parties under that Security Agreement dated June 4, 2018, including but not limited to the right to take possession of the Collateral as defined in said agreement, including but not limited to any and all revenue, income, dividend, interest, check, draft, note, trade

acceptance or other instrument evidencing an obligation to pay any such sum to defendant.

ORDERED that service by overnight mail of a copy of this Order, together with plaintiff's supporting declaration, exhibits and Memorandum of Law upon the defendant or its counsel on or before _____, 2019, shall be deemed good and sufficient service thereof; and it is further

ORDERED that defendant's opposition, if any, is to be served and filed by _____, 2019, and plaintiff's reply, if any, is to be served and filed by _____, 2019.

SO ORDERED:

Dated: New York, New York
       _____, 2019

_____
United States District Judge