UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEF I, LP,<br><br>                              Plaintiff,<br><br>      - against -<br><br>SHIFTPIXY, INC.<br><br>                             Defendant. | Civil Action No.:<br><br>19-cv-8019-KPF |

AFFIRMATION OF SERVICE

      PAUL A. RACHMUTH, an attorney duly admitted to practice before the Courts of the State of New York and this Court, affirms the following to be true under the penalties of perjury:

      On September 6, 2019, I served the Proposed Order to Show Cause, Declaration of Joshua Sason and Memorandum of Law in Support of Order to Show Cause upon the Defendant, ShiftPixy, Inc., by email (by consent) upon is counsel, Karlinsky LLC at the email address: martin.karlinsky@karlinskyllc.com.

                                                /s/
                                                Paul A. Rachmuth (pr-1566)
                                                Attorney at Law
                                                265 Sunrise Highway, Ste. 62
                                                Rockville Centre, New York  11570
                                                Telephone: (516) 330-0170
                                                Facsimile: (516) 543-0516