PAUL A. RACHMUTH
ATTORNEY AT LAW
265 SUNRISE HIGHWAY, SUITE 62
ROCKVILLE CENTRE, NEW YORK  11570
TELEPHONE: (516) 330-0170     PAUL@PARESQ.COM     FACSIMILE: (516) 543-0516

September 9, 2019

<u>Via ECF</u>

Hon, Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York  10007

Re:     <u>MEF I LP v. ShiftPixy, Inc. 19-cv-8019 (KPF)</u>

Dear Hon. Failla:

I represent MEF I, LP, the plaintiff in this action. I write in response to defendant, ShiftPixy, Inc.'s letter dated September 8, 2019 requesting the case be reassigned to Hon. Paul G. Gardephe as a related case to other matters currently before Hon. Gardephe. While we believe the case does not fall within S.D.N.Y Local Rule 13(a)(1), the plaintiff consents to the transfer and reassignment of the case to Hon. Gardephe.

Sincerely,

Paul Rachmuth

Cc: Martin E. Karlinsky (via ecf)