UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MEF I, LP, | : | |
| Plaintiff, | : | 19 Civ. 8019 (KPF) |
| - against - | : | <u>NOTICE OF APPEARANCE</u> |
| SHIFTPIXY, INC., | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Martin E. Karlinsky, Esq., of Karlinsky LLC, a member of the bar of this Court, hereby appears as counsel for defendant ShiftPixy, Inc. in the above-captioned action, and hereby demands that all papers in the action be served henceforth upon the undersigned at the address given for that purpose below, or alternatively filed and served via the Court's ECF system.

Dated: Cornwall-on-Hudson, New York
       September 10, 2019

                                        KARLINSKY LLC

                                        By: /s/ Martin E. Karlinsky
                                             Martin E. Karlinsky, Esq.
                                             Bonnie H. Walker, Esq.
                                        103 Mountain Road
                                        Cornwall-on-Hudson, New York 12520
                                        (646) 437-1430
                                        martin.karlinsky@karlinskyllc.com
                                        bonnie.walker@karlinskyllc.com

                                        *Attorneys for Defendant ShiftPixy, Inc.*

TO:    OFFICE OF THE CLERK,
           United States District Court for the
               Southern District of New York (via ECF System)

Paul Andrew Rachmuth (via ECF System)
265 Sunrise Highway, Suite 62
Rockville Centre, NY 00000
516-330-0170
Fax: 516-543-0516
Email: paul@paresq.com

*Attorney for Plaintiff MEF I, LP*