```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
MEF I, LP,                               :
                                         :     19 Civ. 8019 (PGG)
        Plaintiff and Counter-Defendant, :
                                         :     **NOTICE OF DISMISSAL OF**
        - against -                      :     **COUNTERCLAIM**
                                         :
SHIFTPIXY, INC.,                         :
                                         :
        Defendant and Counter-Plaintiff. :
                                         :
---------------------------------------- x
```

      Defendant and counter-plaintiff ShiftPixy, Inc., under Fed. R. Civ. P. Rule 41(a)(1)(A)(i) and Fed. R. Civ. P. Rule 41(c), hereby dismisses its counterclaim in the within action, with prejudice.

Dated: Cornwall-on-Hudson, New York
       October 3, 2019

                                   KARLINSKY LLC

                                   By:    /s/ Martin E. Karlinsky
                                        Martin E. Karlinsky, Esq.
                                        Bonnie H. Walker, Esq.
103 Mountain Road
Cornwall-on-Hudson, New York 12520
(646) 437-1430
martin.karlinsky@karlinskyllc.com
bonnie.walker@karlinskyllc.com

and

FITZGERALD YAP KREDITOR LLP
2 Park Plaza, Suite 850
Irvine, California 92614
(949) 788-8900
Michael J. Fitzgerald, Esq.
John C. Clough, Esq.

mfitzgerald@fyklaw.com
jclough@fyklaw.com

*Attorneys for Defendant and Counter-Plaintiff ShiftPixy, Inc.*