UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MEF I, LP, | : |
|       Plaintiff and Counter-Defendant, | :    19 Civ. 8019 (PGG) |
|       - against - | :    **NOTICE OF DISMISSAL OF COUNTERCLAIM** |
| SHIFTPIXY, INC., | : |
|       Defendant and Counter-Plaintiff. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Defendant and counter-plaintiff ShiftPixy, Inc., under Fed. R. Civ. P. Rule 41(a)(1)(A)(i) and Fed. R. Civ. P. Rule 41(c), hereby dismisses its counterclaim in the within action, with prejudice.

Dated: Cornwall-on-Hudson, New York
       October 3, 2019

                              KARLINSKY LLC

                              By:   /s/ Martin E. Karlinsky
                                  Martin E. Karlinsky, Esq.
                                  Bonnie H. Walker, Esq.
103 Mountain Road
Cornwall-on-Hudson, New York 12520
(646) 437-1430
martin.karlinsky@karlinskyllc.com
bonnie.walker@karlinskyllc.com

and

FITZGERALD YAP KREDITOR LLP
2 Park Plaza, Suite 850
Irvine, California 92614
(949) 788-8900
Michael J. Fitzgerald, Esq.
John C. Clough, Esq.

mfitzgerald@fyklaw.com
jclough@fyklaw.com

*Attorneys for Defendant and Counter-Plaintiff ShiftPixy, Inc.*