UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MEF I, LP, | : | 19 Civ. 8019 (PGG) |
| Plaintiff and Counter-Defendant, | : | |
| - against - | : | **NOTICE OF DISMISSAL OF <u>COUNTERCLAIM</u>** |
| SHIFTPIXY, INC., | : | |
| Defendant and Counter-Plaintiff. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Defendant and counter-plaintiff ShiftPixy, Inc., under Fed. R. Civ. P. Rule 41(a)(1)(A)(i) and Fed. R. Civ. P. Rule 41(c), hereby dismisses its counterclaim in the within action, with prejudice.

Dated: Cornwall-on-Hudson, New York
       October 3, 2019

                                            KARLINSKY LLC

                                            By: /s/ Martin E. Karlinsky
                                                Martin E. Karlinsky, Esq.
                                                Bonnie H. Walker, Esq.
103 Mountain Road
Cornwall-on-Hudson, New York 12520
(646) 437-1430
martin.karlinsky@karlinskyllc.com
bonnie.walker@karlinskyllc.com

and

FITZGERALD YAP KREDITOR LLP
2 Park Plaza, Suite 850
Irvine, California 92614
(949) 788-8900
Michael J. Fitzgerald, Esq.
John C. Clough, Esq.

mfitzgerald@fyklaw.com
jclough@fyklaw.com

*Attorneys for Defendant and Counter-Plaintiff ShiftPixy, Inc.*