UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEF I, LP,

                          Plaintiff,

- against -

SHIFTPIXY, INC.

                         Defendant.

Civil Action No.:

19-cv-8019-PGG

## AFFIRMATION OF SERVICE

PAUL A. RACHMUTH, an attorney duly admitted to practice before the Courts of the State of New York and this Court, affirms the following to be true under the penalties of perjury:

On October 28, 2019, I served the Order to Show Cause, Declaration of Joshua Sason and Memorandum of Law in Support of Order to Show Cause upon the Defendant, ShiftPixy, Inc., by email (by consent) upon is counsel, Karlinsky LLC at the email address: martin.karlinsky@karlinskyllc.com.

/s/
Paul A. Rachmuth (pr-1566)
Attorney at Law
265 Sunrise Highway, Ste. 62
Rockville Centre, New York  11570
Telephone: (516) 330-0170
Facsimile: (516) 543-0516