Case 1:19-cv-08019-PGG   Document 22   Filed 10/29/19   Page 1 of 2
Case 1:19-cv-08019-PGG   Document 19   Filed 10/28/19   Page 1 of 2
Case 1:19-cv-08019-PGG   Document 7   Filed 09/06/19   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEF I, LP,<br><br>                          Plaintiff,<br><br>      - against -<br><br>SHIFTPIXY, INC.<br><br>                          Defendant. | Civil Action No.:<br><br>19-cv-8019<br><br>ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND THE APPOINTMENT OF A TEMPORARY RECEIVER |

Upon the Declaration of Joshua Sason, dated September 3, 2019, the Complaint filed herein and accompanying Memorandum of Law, it is

ORDERED, that defendant ShiftPixy, Inc. show cause before the Hon. Paul G. Gardephe, United States District Judge, in Room 705 of the United States Courthouse located at 40 Centre St., in the City and State of New York on November 14, 2019, at 2:00 o'clock in the after-noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued: (a) pursuant to Fed. R. Civ. Proc. 65, enjoining defendant ShiftPixy, Inc. from using, selling, transferring or disposing of any of the Collateral, or any part thereof, as defined in that certain written Security Agreement dated June 4, 2018, executed and delivered by defendant to plaintiff; and (b) pursuant to Fed. R. Civ. Proc. 66, appointing plaintiff as receiver to exercise all of the remedies and rights conferred upon it by written agreement between the parties under that Security Agreement dated June 4, 2018, including but not limited to the right to take possession of the Collateral as defined in said agreement, including but not limited to any and all revenue, income, dividend, interest, check, draft, note, trade

Case 1:19-cv-08019-PGG   Document 22   Filed 10/29/19   Page 2 of 2
Case 1:19-cv-08019-PGG   Document 19   Filed 10/28/19   Page 2 of 2
Case 1:19-cv-08019-PGG   Document 7   Filed 09/06/19   Page 2 of 2

acceptance or other instrument evidencing an obligation to pay any such sum to defendant.

ORDERED that service by overnight mail of a copy of this Order, together with plaintiff's supporting declaration, exhibits and Memorandum of Law upon the defendant or its counsel on or before Oct. 25, 2019, shall be deemed good and sufficient service thereof; and it is further

ORDERED that defendant's opposition, if any, is to be served and filed by November 6 2019, and plaintiff's reply, if any, is to be served and filed by November 11, 2019.

SO ORDERED:

Dated: New York, New York
October 24, 2019

_____
United States District Judge

## MEMO ENDORSED

Plaintiff's time to serve is extended to Oct. 30, 2019. The remaining dates set forth in the Court's October 24, 2019 Order stand.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Dated: Oct. 29, 2019

-2-