

October 31, 2019

**VIA ECF SYSTEM**

Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

*Re:   MEF I, LP v. ShiftPixy, Inc., 19 Civ. 8019 (PGG)*

Dear Judge Gardephe:

We represent defendant ShiftPixy, Inc. in the above-captioned action pending before your Honor. In accordance with Rule I.D of your Honor's individual rules, we are writing to request that the Court modify the briefing and hearing schedule set by the Court in plaintiff's order to show cause entered October 28, 2019 (and modified October 29, 2019). We make the request in order to accommodate the need to confer at some length with our client and gather pertinent evidence to oppose the motion responsibly. The current schedule provides for defendant to serve opposition papers by November 6, 2019, and for plaintiff to serve reply papers by November 11, 2019; it scheduled a hearing on the underlying motions for November 14, 2019. We request that the Court modify the schedule so that defendant must serve its opposition papers by November 14, 2019, and plaintiff its reply papers by November 19, 2019. This will of course necessitate adjourning the hearing. Counsel have chosen November 21, at a time to be fixed by the Court. If the Court cannot accommodate us on November 21, we and plaintiff's counsel may need to revisit the schedule. Plaintiff's counsel consents to the request; it is the first such request in the case.

                                      Respectfully,

                                      Martin E. Karlinsky

MEK/ks

cc:    Paul Rachmuth, Esq. (via ECF)
        Attorney for Plaintiff