UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEF I, LP,

                Plaintiff,

- against -

SHIFTPIXY, INC.,

                Defendant.

**AMENDED ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND THE APPOINTMENT OF A TEMPORARY RECEIVED**

19 Civ. 8019 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Upon the Declaration of Joshua Sason, dated September 3, 2019, the Complaint filed herein and accompanying Memorandum of Law, and further consultation with the parties, it is hereby ORDERED, that defendant ShiftPixy, Inc. show cause before the Hon. Judge Paul G, Gardephe, United States District Judge, in Room 705 of the United States Courthouse located at 40 Foley Square, in the City and State of New York on **November 20, 2019 at 10:00 a.m.**, why an order should not be issued: (a) pursuant to Fed. R. Civ. Proc. 65, enjoining defendant ShiftPixy, Inc. from using, selling, transferring or disposing of any of the Collateral, or any part thereof, as defined in that certain written Security Agreement dated June 4, 2018, executed and delivered by defendant to plaintiff; and (b) pursuant to Fed. R. Civ. Proc. 66, appointing plaintiff as receiver to exercise all of the remedies and rights conferred upon it by written agreement between the parties under that Security Agreement dated June 4, 2018, including but not limited to the right to take possession of the Collateral as defined in said agreement, including but not limited to any and all revenue, income, dividend, interest, check, draft, note, trade acceptance or other instrument evidencing an obligation to pay any such sum to defendant.

It is further ORDERED that defendant's opposition, if any, is to be served and filed by November 13, 2019, and plaintiff's reply, if any, is to be served and filed by November 18, 2019.

Dated: New York, New York
       November 4, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge