UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINION CAPITAL LLC,<br><br>                                    Plaintiff,<br><br>            v.<br><br>SHIFTPIXY, INC.,<br><br>                                    Defendant. | **ORDER**<br><br>19 Civ. 6704 (PGG) |
| MEF I, LP,<br><br>                                    Plaintiff,<br><br>            v.<br><br>SHIFTPIXY, INC.,<br><br>                                    Defendant. | 19 Civ. 8019 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a conference in the above-captioned matters on **January 14, 2020 at 11:00 a.m.**  Defendant shall submit a response to the January 8, 2019 letters by Plaintiffs by **January 10, 2020** (19 Civ. 6704 (Dkt. No. 50); 19 Civ. 8019 (Dkt. No. 40)).

Dated:  New York, New York
            January 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge