

January 22, 2020

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

*Re:    MEF I, LP v. ShiftPixy, Inc., 19 Civ. 8019 (PGG)*

Dear Judge Gardephe:

We represent defendant ShiftPixy, Inc. ("ShiftPixy") in the above action.  I am writing, with the concurrence and consent of plaintiff's counsel, to advise the Court of the status of the action following the conference on January 14, 2020.  The parties to this action have executed a written settlement agreement and under it counsel is holding an executed stipulation of dismissal and order in escrow pending confirmation from ShiftPixy's transfer agent of the delivery to MEFI of shares that are part of the settlement consideration.  We expect that confirmation will be forthcoming within one to three business days, and will file the stipulation of dismissal as soon as that occurs.

This report expressly does not cover the status of the related Dominion case (19-cv-6704 (PGG)), whose status remains uncertain.

Respectfully,

Martin E. Karlinsky

MEK/ks

cc:    Paul A. Rachmuth, Esq. (via ECF)
       Attorney for Plaintiff